# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANDREW WILLIAMS,<br><br>                            Petitioner,<br>  vs.<br>STUART J. RYAN, Warden,<br><br>                            Respondent. | CASE NO. 05cv0737 WQH(WMc)<br><br>ORDER |

Hayes, Judge:

      On April 10, 2008, Petitioner reported that the California Supreme Court has issued and filed a decision denying Petitioner's Writ of Habeas Corpus in the California Supreme Court. The stay of the federal habeas proceedings granted by this Court on May 16, 2007 to permit Petitioner to return to state court to attempt to exhaust all unexhausted claims is vacated.

      IT IS ORDERED that pursuant to Rule 5 of the Rules Governing § 2254 Cases, Respondent shall file and serve an Answer to the Petition with Points and Authorities no later than June 30, 2008; and that Petitioner may file a Reply to all matters raised in these proceedings no later than August 15, 2008.

DATED: May 14, 2008

                                              **WILLIAM Q. HAYES**
                                              United States District Judge